UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDINPLAY, INC.,

                Plaintiff,

-against-

TONJA B. CARTER and THE ESTATE OF
NELLE HARPER LEE,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2018
```

18 Civ. 3300 (AT)

**PRETRIAL
SCHEDULING ORDER**

ANALISA TORRES, District Judge:

      On April 30, 2018, the Honorable Stewart D. Aaron issued a issued a scheduling order setting a May 31, 2018 deadline for the parties' final pre-trial submission. ECF No. 39 at 3. The due date of the joint pre-trial order is hereby RESCHEDULED to **May 30, 2018**.

      In accordance with Paragraph V.B of the Court's Individual Practices in Civil Cases, the parties shall submit a proposed joint pre-trial order to the Court by PDF and Word attachment to an e-mail by **May 30, 2018**, at **12:00 p.m.**

      In accordance with Paragraphs V.C and V.D of the Court's Individual Practices, each party shall file and serve along with the joint pre-trial order all required pre-trial filings, including motions addressing any evidentiary issues or other matters that should be resolved *in limine*, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions.

      In accordance with Paragraph V.C(v) of the Court's Individual Practices, the parties shall deliver to the Court by **May 30, 2018**, one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

      In accordance with Paragraph V.F of the Court's Individual Practices, by **May 31, 2018**, at **12:00 p.m.**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, any opposition to any motion *in limine*, and any opposition to any legal argument in a pre-trial memorandum.

      Counsel for all parties shall appear for a final pre-trial conference on **June 1, 2018**, at **3:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

      Trial shall commence at **9:00 a.m.** on **June 4, 2018**. In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a

break from 11:15 to 11:45 a.m.  During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

    SO ORDERED.

Dated: May 2, 2018
       New York, New York

_____
ANALISA TORRES
United States District Judge